No. 03–6698. Paul *v.* Department of the Navy. C. A. 3d Cir. Certiorari denied.

No. 03–6714. Elliott *v.* Suter, Clerk, Supreme Court of the United States, et al. C. A. 3d Cir. Certiorari denied.

No. 03–6717. Rincon *v.* Lockyer, Attorney General of California, et al. C. A. 9th Cir. Certiorari denied.

No. 03–6720. Brown *v.* Metts, Sheriff, Lexington County, South Carolina, et al. C. A. 4th Cir. Certiorari denied.

No. 03–6736. White *v.* United States et al. C. A. 10th Cir. Certiorari denied.

No. 03–6738. White *v.* City of Murray, Utah, et al. C. A. 10th Cir. Certiorari denied.

No. 03–6740. Darnell *v.* Johnson, Secretary of the Navy. C. A. 11th Cir. Certiorari denied.

No. 03–6742. Deorio *v.* United States District Court for the Southern District of Florida. C. A. 11th Cir. Certiorari denied.

No. 03–6787. Morris *v.* United States. C. A. 8th Cir. Certiorari denied.

No. 03–6793. Pena *v.* United States. C. A. 1st Cir. Certiorari denied.

No. 03–6795. Salgado-Pena *v.* Fleming, Warden. C. A. 5th Cir. Certiorari denied.

No. 03–6797. Spencer *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 03–6804. Sandusky *v.* United States. C. A. 10th Cir. Certiorari denied.

No. 03–6806. Muhammed *v.* United States. C. A. 3d Cir. Certiorari denied.